# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURTON G. BRUNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3109** |
| **NANNETTE BROWN, ET AL** | **SECTION: "P" (5)** |

## ORDER

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a).

New Orleans, Louisiana, this 17th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

August 17, 2023
REALLOTTED TO
**SECT. A**